# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JUAN CARLOS PONCE MENDOZA,

    Plaintiff,

  v.

YURITHZI OLVERA ESQUIVEL,

    Defendant.

Case No. 2:16-cv-0001
JUDGE GREGORY L. FROST
Magistrate Judge Terrence P. Kemp

## ORDER

This matter is before the Court for consideration of Plaintiff's motion to file certain exhibits under seal. The Court **GRANTS** the motion. (ECF No. 1.)

**IT IS SO ORDERED**.

        /s/ Gregory L. Frost
        GREGORY L. FROST
        UNITED STATES DISTRICT JUDGE