UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JUAN CARLOS PONCE MENDOZA,<br><br>      Petitioner,<br><br>  v.<br><br>YURITHZI OLVERA ESQUIVEL,<br><br>      Respondent. | Case No.: 2:16-cv-0001<br><br>Judge Gregory L. Frost<br><br>Magistrate Judge Terrence P. Kemp |

**ORDER GRANTING PETITIONER'S EMERGENCY MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER, LEAVE TO DEPOSE RESPONDENT, AND SCHEDULING OF STATUS CONFERENCE**

This matter is before the Court on Petitioner's Emergency Motion for Extension of Temporary Restraining Order, Leave to Depose Respondent, and Scheduling of Status Conference (ECF No. 9) and Motion for Expedited Consideration (ECF No. 10).

On January 6, 2016, the Court granted Petitioner's *Ex Parte* Motion for Temporary Restraining Order, and issued an Order that, among other things, prohibited Respondent from removing the children from the Court's jurisdiction and required Respondent to permit weekly telephone calls between Petitioner and his daughters. The Order expires within 14 days of its issuance—on January 20, 2016. Petitioner now moves this Court for a 14-day extension of the temporary restraining order issued by the Court on January 6, 2016. In addition, Petitioner requests that he be permitted to take the deposition of Respondent and that the Court schedule a status conference with the parties.

The Court finds that a 14-day extension of its January 6, 2016 Order is warranted here. Such an extension will preserve the status quo and ensure that the children are not removed from the Court's jurisdiction prior to a ruling on the merits of this case.

Further, consistent with the Hague Convention's and Sixth Circuit's mandate that these cases be adjudicated on an expedited schedule, the Court finds good cause to allow Petitioner to depose Respondent immediately.  The Court will set a status conference with the parties to discuss other outstanding issues, including case management dates and deadlines.

Having reviewed the Petitioner's Motions, the Court **GRANTS** the Motions (ECF Nos. 9 & 10) and **ORDERS** as follows:

1. Respondent is prohibited from removing the children from the jurisdiction of this Court through the duration of this Order; and

2. Respondent is prohibited from leaving this jurisdiction, or from assisting the children in leaving this jurisdiction, through the duration of this Order, is required her to turn over her passport and the children's passports (if any) to this Court, and is required to allow weekly telephone calls between the children and Petitioner.

3. Petitioner is hereby granted leave to take the deposition of Respondent.

4. A status conference with the parties is set for **February 3, 2016 at 1:30 p.m.**   All parties shall appear at the chambers of Judge Gregory L. Frost, 85 Marconi Blvd., Columbus, Ohio 43215.

**IT IS SO ORDERED.**

                                                   **/s/ Gregory L. Frost**
                                                   **GREGORY L. FROST**
                                                   **UNITED STATES DISTRICT JUDGE**