# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JUAN CARLOS PONCE MENDOZA, <br><br> Petitioner, <br><br> v. <br><br> YURITHZI OLVERA ESQUIVEL, <br><br> Respondent. | Case No.: 2:16-cv-0001 <br><br> Judge Gregory L. Frost <br><br> Magistrate Judge Terrence P. Kemp |

## PROPOSED ORDER EXTENDING THE JANUARY 6, 2016 TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65(b)(2) and the parties' stipulation, the Court ORDERS that the terms of its prior Temporary Restraining Order shall be extended. In particular:

1. Respondent and those acting in concert with her are prohibited from removing the children from the jurisdiction of this Court pending a further Order of this Court; and

2. Respondent is prohibited from leaving this jurisdiction, or from assisting the children in leaving this jurisdiction, prior to final resolution of this action, is required her to turn over her passport and the children's passports (if any) to this Court, and is required to allow weekly telephone calls between the children and Petitioner.

Consistent with the parties' stipulation, this Order shall remain in force pending the merits hearing in this case.

IT IS SO ORDERED.

February 5, 2016                                    /s/  GREGORY L. FROST
Date                                                UNITED STATES DISTRICT JUDGE