UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JUAN CARLOS PONCE MENDOZA,

    Petitioner,

v.

YURITHZI OLVERA ESQUIVEL,

    Respondent.

Case No. 2:16-cv-0001
JUDGE GREGORY L. FROST
Magistrate Judge Terrence P. Kemp

## ORDER

This matter came on for consideration upon the request of both parties to appoint a guardian *ad litem* for the eight year old daughter of the parties, Alicia Yulieth Ponce Olvera.

The Court finds that the request is well taken and the Court **GRANTS** the same.

The Court hereby appoints Delilah Nunez to act as the guardian *ad litem* for Alicia Yulieth Ponce Olvera in these proceedings.

    **IT IS SO ORDERED**.

    /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE