# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JUAN CARLOS PONCE MENDOZA,<br><br>    Petitioner,<br><br>    v.<br><br>YURITHZI OLVERA ESQUIVEL,<br><br>    Respondent. | Case No.: 2:16-cv-0001<br><br>Judge Gregory L. Frost<br><br>Magistrate Judge Terrence P. Kemp |

## ORDER

Petitioner's Motion is hereby GRANTED.

The Court GRANTS Petitioner's request and authorizes any credentialed staff member of the Mexican Consulate to travel with the Children from Indianapolis on their return to Mexico.

Further, the Court GRANTS Respondent permission to transport the Children from the Southern District of Ohio to the Mexican Consulate in Indianapolis to effect the Children's return to Mexico.

IT IS SO ORDERED.

|   5/2/16   | /s/  GREGORY L. FROST |
|---|---|
| Date | UNITED STATES DISTRICT JUDGE |